IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | Case No. 24CR72 KMM/DJF |
| JERRY HAL SALITERMAN | Violation: 18 U.S.C. §§ 668 and 1512(b)(3) |

COUNT ONE

**Theft of Major Artwork**

The Grand Jury Charges:

From August 28, 2005, until July 10, 2018, in the District of Minnesota, the Defendant,

JERRY HAL SALITERMAN,

received, concealed, and disposed of an object of cultural heritage worth at least $100,000, to wit: an authentic pair of "ruby slippers" worn by Judy Garland in the 1939 film "The Wizard of Oz," knowing that the ruby slippers were stolen, and the ruby slippers were stolen from the care, custody, or control of The Judy Garland Museum in Grand Rapids, Minnesota, which is a museum as that term is defined in Title 18, United States Code, Section 668(a), whether or not it was known to the Defendant the ruby slippers were stolen from a museum,

In violation of Title 18, United States Code, Section 668.



SCANNED
MAR 13 2024
U.S. DISTRICT COURT MPLS

## COUNT TWO

### Witness Tampering

The Grand Jury Charges:

From in or around 2023 until the date of this Indictment, in the District of Minnesota,

### JERRY HAL SALITERMAN,

did knowingly intimidate, threaten, and corruptly persuade ▉▉▉▉▉ that if she did not keep her mouth shut, he would take her down with him and distribute sex tapes of her to her family with intent to hinder, delay and prevent ▉▉▉▉▉ from communicating information to the FBI relating to the theft, concealment, and extortion of the ruby slippers, a federal offense in violation of Title 18, United States Code, Section 668,

In violation of Title 18, United States Code, Section 1512(b)(3).

A TRUE BILL:

_____
Foreperson

MAC SCHNEIDER
United States Attorney

By: _____
MATTHEW D. GREENLEY
Special Assistant United States Attorney
Acting Under Authority Conferred by
28 U.S.C. § 515

2