IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jerry Hal Saliterman,<br><br>Defendant. | Case No. 0:24-cr-72 (PJS/LIB)<br><br>**ORDER** |

This matter is before the Court on the United States' Motion to Seal the Unredacted Indictment, [Docket No. 13]. The United States seeks an Order sealing indefinitely the Indictment, [Docket No. 1], and the United States has publicly filed a redacted Indictment [Docket No. 8] asserting a compelling government interest in protecting the privacy and dignity of the witness identified in Count Two of the Indictment. The Court finds, based upon the motion of the United States and all the files, records and proceedings herein, the government has a compelling interest in protecting the privacy and dignity of its witness, and redacting the name of the witness in the publicly filed Indictment [Docket No. 8] at least during the pretrial stages of this case is narrowly tailored to protect that interest. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Government's Motion to Seal the Unredacted Indictment [Docket No. 13] is **GRANTED in part and DENIED in part**; and

2. The Unredacted Indictment [Docket No. 1], shall remain sealed during the pretrial stages of this case.[1]

Dated: March 19, 2024

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE

---

[1] Whether the balancing of the publics' right to access the Court's docket and the competing privacy interest warrants sealing of the unredacted Indictment during and after trial will turn on how heavily the testimony and identity of the potential witness/victim in count two factors into a determination of the merits. This balancing of the competing interests is on analysis best left to the presiding trial Judge on the basis of the record developed at trial and on the merits.