## Jennifer Beck

**From:** John Brink <johncharlesbrink@gmail.com>
**Sent:** Monday, April 8, 2024 8:20 AM
**To:** MND Brisbois Chambers; Greenley, Matthew (USAND)
**Subject:** Re: 0:24-cr-00072-PJS-LIB USA v. Saliterman

**CAUTION - EXTERNAL:**

Dear Jen,

With 35,000 pages to review, I am thinking at least into December, or maybe beyond.

John

On Fri, Apr 5, 2024 at 7:45 AM MND Brisbois Chambers <Brisbois_Chambers@mnd.uscourts.gov> wrote:

> Good morning,
>
> Mr. Brink – I still have not received your response on the amount of time for the continuance.
>
> Chief Judge Schiltz needs to know for trial planning purposes.
>
> Please respond to me as soon as possible.
>
> Thanks,
>
> Jen
>
> 
>
> **Jenny Beck**
>
> Judicial Assistant/Courtroom Deputy for
>
> U.S. Magistrate Judge Leo I. Brisbois
>
> 412 Gerald W. Heaney Fed. Bldg. & U.S. Courthouse
>
> 515 W. First Street