**JOHN C. BRINK**
LAWYER
3730 EDMUND BOULEVARD
MINNEAPOLIS, MINNESOTA 55406
CELLULAR (612) 382-6789
EMAIL: JOHNCHARLESBRINK@GMAIL.COM

23 December 2024

The Honorable Leo I. Brisbois
United States Magistrate Judge
Room 412
Gerald W. Heaney Federal Building
and U.S. Courthouse
515 West First Street
Duluth, Minnesota 55802

  Re: United States of America vs. Jerry Hal Saliterman
     Docket No. Criminal 24-72 PJS/LIB

Dear Magistrate Judge Brisbois:

  I write to inform you pursuant to your Second Amended Arraignment Notice and Scheduling Order (Docket 32) at ¶ 8 that the Government and Defendant have conferred in the above referenced matter and jointly inform the Court by this missive that neither the Government nor Defendant intends to file motions in this matter, obviating the necessity for a motions hearing to be held on 13 January 2025 pursuant to *Id.* at ¶ 14(a).

                Very truly yours,

                JOHN C. BRINK, LAWYER

                John C. Brink

JCB:jb

cc: Matthew Greenley
   Assistant United States Attorney
   (Via Electronic Case Filing system only)