UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-0072 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER |
| JERRY HAL SALITERMAN, | |
| Defendant. | |

Matthew D. Greenley, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

John C. Brink, JOHN C. BRINK, LAWYER, for defendant.

This matter is before the Court on the defendant's motion to continue the change of plea hearing, currently scheduled for Friday, January 10, 2025, due to his medical condition.  ECF No. 39.  The defendant is currently hospitalized, but his exact condition and prognosis have not been disclosed, nor has a date he would be able to appear in Court been provided.

Based upon the foregoing, and all the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. The defendant's motion to continue the change of plea hearing [ECF No. 39] is GRANTED.

2. Counsel for the parties are directed to inform the Court no later than Friday, January 24, 2025 of the physical ability of the defendant to appear in Court

for a plea hearing or trial and under what conditions. Counsel must provide written documentation from the defendant's treating physicians assessing his physical condition with regard to his ability to appear in Court for a plea or trial, and what accommodations might be warranted.

3. Following receipt of this documentation on January 24, 2025, the Court will determine whether any additional steps need to be taken, including the possibility of an independent medical evaluation and/or evidentiary hearing, prior to rescheduling the change of plea hearing.

4. The period of time from the date of this order through March 7, 2025, shall be excluded from the calculation of days within which trial must commence under 18 U.S.C. §3161. That period of time represents "delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant." and thus is excludable under 18 U.S.C. §3161(h)(1)(A).

5. The plea hearing currently scheduled for January 10, 2025 and the trial currently scheduled for January 27, 2025 are CANCELED and will be rescheduled at a later date.

Dated: January 8, 2025     s/Patrick J. Schiltz
                                                                 Patrick J. Schiltz, Chief Judge
                                                                 United States District Court