UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-0072 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER |
| JERRY HAL SALITERMAN, | |
| Defendant. | |

---

Matthew D. Greenley, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

John C. Brink, JOHN C. BRINK, LAWYER, for defendant.

Defendant has provided a letter to the Court from his treating physician indicating that he remains hospitalized and is currently suffering from several life-threatening diseases. According to his doctor, the defendant is not able to travel to Court and is planning on seeking hospice care as soon as a facility is available.

In light of the defendant's physical condition, and based upon all the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Counsel for the defendant is directed to file a status update as to the defendant's physical condition on February 28, 2025.

2. An additional 30 days shall be excluded from the calculation of days within which trial must commence under 18 U.S.C. §3161. That period of time represents "delay resulting from any proceeding, including any

examinations, to determine the mental competency or physical capacity of the defendant" and thus is excludable under 18 U.S.C. §3161(h)(1)(A).

Dated: January 28, 2025    s/Patrick J. Schiltz
                                                           Patrick J. Schiltz, Chief Judge
                                                           United States District Court