IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY HAL SALITERMAN,<br><br>Defendant. | Case No. 24-cr-00072-PJS-LIB<br><br>**MOTION TO DISMISS** |

The United States of America, by Jennifer K. Puhl, Acting United States Attorney for the District of North Dakota, and Matthew D. Greenley, Assistant United States Attorney, acting under authority conferred by 28 U.S.C. § 515, moves the Court for an Order to dismiss the Indictment in the above-captioned case because the Defendant passed away on March 16, 2025.

Dated: March 17, 2025

JENNIFER K. PUHL
Acting United States Attorney

By: /s/ *Matthew D. Greenley*
MATTHEW D. GREENLEY
Assistant United States Attorney
Acting Under Authority Conferred by
 28 U.S.C. § 515
MN Bar ID 034252X
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
matthew.greenley@usdoj.gov
Attorney for United States