UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-0072 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| JERRY HAL SALITERMAN, | |
| Defendant. | |

---

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal [ECF No. 45] is GRANTED and the Indictment against the above-named defendant is DISMISSED.

Dated: March 17, 2025

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court